# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS BROWN, Derivatively on Behalf of FIVE BELOW, INC. | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| THOMAS M. RYAN, DAVID SCHLESSINGER, THOMAS G. VELLIOS, RONALD L. SARGENT, MICHAEL F. DEVINE, III, STEVEN J. COLLINS, DAVID M. MUSSAFER, | ) Civil Action No. 1:15-cv-00073-S-PAS<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| FIVE BELOW, INC., | )<br>) |
| Nominal Defendant | )<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiff Thomas Brown ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims in the above-captioned action (the "Action"), without prejudice, against Defendants Five Below, Inc., Thomas M. Ryan, David Schlessinger, Thomas G. Vellios, Ronald L. Sargent, Michael F. Devine, III, Steven J. Collins, and David M. Mussafer.

On February 25, 2015, Plaintiff Thomas Brown filed a complaint alleging violations of federal securities laws entitled *Thomas Brown v. Thomas M. Ryan, et al,* 15-cv-00073-S-PAS (DKT. #1).

No Defendant has filed an answer or moved for summary judgment with respect to the operative class action complaint, and the Action has not been certified as a class action.

Accordingly, Plaintiff properly may dismiss all claims in the Action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 3, 2015                          Respectfully submitted,

                                              THOMAS BROWN,
                                              By His Attorneys,

                                              /s/ Meredith Black-Mathews
                                              POWERS TAYLOR LLP
                                              PATRICK W. POWERS
                                              MEREDITH BLACK-MATHEWS
                                              Campbell Centre II
                                              8150 North Central Expressway, Suite 1575
                                              Dallas, TX 75206
                                              Telephone: 214/239-8900
                                              214/239-8901 (fax)
                                              patrick@powerstaylor.com
                                              meredith@powerstaylor.com

                                              Joseph P. Casale, Esq. #3653
                                              Aquidneck Legal Center LLC
                                              438 East Main Road, Suite 301
                                              Middletown, RI 02842
                                              Tel:     401.841.0004
                                              Fax:    401.841.0016
                                              Email: jpc@aquidnecklegalcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on June 3, 2015, through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (Notice of Electronic Filing).

                                              /s/ Meredith Black-Mathews
                                              MEREDITH BLACK-MATHEWS